ACCEPTED
14-15-00296-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
5/20/2015 4:10:43 PM
CHRISTOPHER PRINE
CLERK

# NO. 14-15-00296-CV

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
5/20/2015 4:10:43 PM
CHRISTOPHER A. PRINE
Clerk

IN THE FOURTEENTH COURT OF APPEALS

**CFM DEVELOPMENT, LLC,**
Appellant,

v.

**DELTON DRUM, et al.,**
Appellees.

Appealed from the 253rd Judicial District
Liberty County, Texas
Trial Court Cause No. CV71357

**APPELLANT'S UNOPPOSED FIRST MOTION FOR EXTENSION
OF TIME TO FILE APPELLANT'S BRIEF**

Appellant, CFM Development, LLC, files this First Motion for Extension of

Time to File Appellant's Brief and would respectfully show:

## I. INTRODUCTION

1.      This is an appeal from a jury trial.

2.      Appellant's Brief is currently due May 28, 2015.

3.      Appellant has neither sought nor received any extensions.

4.     Appellant requests a 30-day extension to file its brief, or up and including June 29, 2015.

## II. BASES FOR EXTENSION

5.     In addition to attempting to review the record and adequately brief the issues in this case, Mr. Moore:

*     Prepared and filed a brief on April 24, 2015, in No. 6:14-cv-00419-WSS, *Jerry W. Scarbrough v. Helen Purser, et al.*, in the United States District Court Western District of Texas Waco Division. That is an appeal from an adversarial proceeding, which included nine days of trial testimony before the bankruptcy court, a multitude of exhibits, as well as the introduction of the reporter's record (16 volumes) from a state-court trial that resulted in the adverse judgment sought to be discharged. Because of the nature and size of the record in that case, Mr. Moore could not complete and file that brief early and begin working on this appeal;

*     Prepared and filed a brief on the merits in the Texas Supreme Court on May 13, 2015, in No. 14-0584, *Christa Shelley v. CHCA West Houston, L.P. d/b/a West Houston Medical Center*;

*     Prepared and filed a trial brief and then appeared at and argued a significant pretrial matter on May 15, 2015, in No. 2013-45326, *Kenneth Thorns v. Chevron Phillips Chemical Company, LLC*, in the 270th Judicial District Court, Harris County, Texas, in a case that was set for trial on May 18th on a two-week trial docket; and

*     Is preparing a brief in No. 14-14-00664-CV; *In the Guardianship of John D. Burley, An Incapacitated Person*, in the Fourteenth Court of Appeals, which is due June 1, 2015, and in a case in which the Court has already granted two extension for lead appellate counsel (not Mr. Moore).

### III. PRAYER

6.      Therefore, counsel asks that the Court grant this request and extend the

time for appellant to file its brief up to and including June 29, 2015.

Respectfully submitted,

*/s/ Daryl L. Moore*
Daryl L. Moore (14324720)
**DARYL L. MOORE, P.C.**
1005 Heights Boulevard
Houston, Texas 77008
713.529.0048 Telephone
713.529.2498 Facsimile
daryl@heightslaw.com

Etta Davidson (07495750)
LAW OFFICE OF FREDERICK L. MCGUIRE
2500 E TC Jester Blvd, Ste 285
Houston, Texas 77008
713.956.9646 Telephone
713.956.9695 Facsimile

***Counsel for Appellant, CFM Development, LLC***

## CERTIFICATE OF CONFERENCE

I, Daryl L. Moore, certify that I conferred with opposing counsel for appellees to determine whether they oppose this request. Mr. Richard Baker, counsel for appellees, does not oppose this request.

/s/ *Daryl L. Moore*
Daryl L. Moore

## CERTIFICATE OF SERVICE

On May 20, 2015, I sent a true and correct copy of this First Motion for Extension via **E-service** to the following:

Richard Baker
BAKER & ZBRANEK
1935 Trinity
P.O. Box 10066
Liberty, Texas 77575
bzlaw@imsday.com

*Counsel for Appellees*
*Oil Well Buyers Corporation and Eugene A. Smitherman*

Ron Norwood
THE NORWOOD LAW FIRM
517 Travis St, Suite 300
Liberty, Texas 77575
*936.334-1118 Facsimile*

*Counsel for Delton Drum, et al.*

/s/ *Daryl L. Moore*
Daryl L. Moore

## CERTIFICATE OF COMPLIANCE

Relying on the word count function in the word processing software used to produce this document, I certify that the number of words in this motion, excluding the parts listed in TRAP Rule 9.4(i)(1), is **369.**

This motion complies with the typeface requirements of TRAP 9.4(e) because it uses a conventional typeface no smaller than 14-point (WordPerfect X6 14-point Times New Roman).

/s/ *Daryl L. Moore*

Daryl L. Moore